FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 1 9 2023

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLES CRAWFORD,

Defendant.

SEALED

4:23CR3047

INDICTMENT
21 U.S.C. §§ 841(a)(1) and 841(b)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

The Grand Jury charges that

COUNT I

On or about May 16, 2022, in the District of Nebraska, Defendant CHARLES CRAWFORD did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT II

On or about May 16, 2022, in the District of Nebraska, Defendant CHARLES CRAWFORD did knowingly use and carry a firearm, to wit: one Ruger P85 9mm handgun, one Taurus G2S 9mm handgun and one Heritage Rough Rider .22 Caliber revolver, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT III

On or about May 16, 2022, in the District of Nebraska, Defendant CHARLES CRAWFORD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Receive or Possess Stolen Vehicle, Court Case Number 93C66014401, Cook County Circuit Court July 16, 1993; Aggravated Possession of Stolen Vehicle, Court Case Number 93C66011001, Cook County Circuit Court July 16, 1993; and Aggravated Possession of Stolen Vehicle, Court Case Number 95C66090201, Cook County Circuit Court January 24, 1996; knowingly possessed a Ruger P85 9mm handgun; a Taurus G2S 9mm handgun; and a Heritage Rough Rider .22 Caliber revolver which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
DANIEL PACKARD, #21991
Assistant U.S. Attorney

2