IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHARLES CRAWFORD,<br><br>          Defendant. | **4:23CR3047**<br><br>**ORDER** |

    Defendant has moved to continue the change of plea hearing, (Filing No. 26), explaining the government is awaiting approval of a proposed plea agreement. The motion is unopposed. Upon consideration of the case history and the reason for seeking another continuance,

    IT IS ORDERED:

1)     Defendant's motion, (Filing No. 26), is granted in part.

2)     Defendant's change of plea hearing is cancelled. It will not be reset absent prior receipt of the completed plea documents.

3)     The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 18, 2023, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

    Expert disclosures, including publication and testimonial history, shall be served on or before September 5, 2023.

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and September 18, 2023, shall be deemed excludable time in any computation of time under

the requirements of the Speedy Trial Act, because although counsel have been duly diligent, the attorneys must now prepare for trial rather than a plea hearing, and additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 17th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge