IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3047 |
| vs. | |
| CHARLES CRAWFORD, | ORDER |
| Defendant. | |

Defendant has moved to file pretrial motions out of time, (Filing No. 36). The government has not filed an opposition to the motion, and the deadline for doing so has passed. The motion is deemed unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to file pretrial motions out of time, (Filing No. 36), is granted.

2) Pretrial motions and briefs shall be filed on or before November 20, 2023.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between October 24, 2023 and November 20, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 6th day of November, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge