IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>CHARLES CRAWFORD,<br><br>                  Defendant. | 4:23CR3047<br><br>**AMENDED ORDER** |

IT IS ORDERED:

1) Plaintiff's motion to continue, (Filing No. 54), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (Filing No. 42), will be held before the undersigned magistrate judge on March 6, 2024 at 9:30 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

Dated this 6th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge